UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

PAUL A. BERGER
SSN: xxx-xx-2847

CASE NUMBER:   06-32049
CHAPTER 13

DEBBIE J. BERGER
SSN: xxx-xx-0344
Debtors

## NOTICE TO STRATEGIC RECOVERY GROUP, LLC THAT $344.87 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Strategic Recovery Group, LLC, creditor herein, and deposits $344.87 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Strategic Recovery Group, LLC was:

   P. O. Box 866035
   Plano, TX 75086

2. That the debtors' case was dismissed on June 15, 2010, and the Trustee received disbursements made to the creditor after the case was closed.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: August 18, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on August 18, 2010

By U.S. Mail postage prepaid
Debtors: Paul and Debbie Berger, 1717 Hillcrest Avenue, Plymouth, IN 46563
Creditor: Strategic Recovery Group, LLC, P. O. Box 866035, Plano, TX 75086

By electronic mail via CM/ECF:
Debtors' Attorney: June E. Bules
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King